IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLORIA ANNETTE SCHULTZ,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security

    Defendant.

Case No. 18-cv-447-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Gloria Annette Schultz remanding this case for further proceedings under sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

s/ A. Wiseman, Deputy Clerk  
Peter Oppeneer, Clerk of Court

9/30/2019  
Date